# United States Court of Appeals
# for the Fifth Circuit

———————————

No. 22-20139

———————————

United States Court of Appeals
Fifth Circuit

**FILED**
June 29, 2023

Lyle W. Cayce
Clerk

Marvinell Harlan,

*Plaintiff—Appellant*,

*versus*

Texas Workforce Commission; Appeal Tribunal Hearing Officer J. Koehn; Hearing Officer J. Lawrence; Commissioners Hope Andrade; Andres Alcantar,

*Defendants—Appellees*.

———————————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:21-CV-3719

———————————————————————————

Before Higginbotham, Graves, and Douglas, *Circuit Judges*.
Per Curiam:[*]

Marvinell Harlan appeals the district court's dismissal of her civil action against the Texas Workforce Commission and various officials with that agency. Harlan's action followed her unsuccessful litigation in state court regarding the termination of unemployment benefits. The district court liberally construed Harlan's pleadings as raising claims for injunctive

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-20139

relief and damages under 42 U.S.C. § 1983 for violating the Fourteenth Amendment. However, the district court found that it lacked subject matter jurisdiction to consider Harlan's claims because they were barred by the Eleventh Amendment and the *Rooker-Feldman* doctrine, and it dismissed with prejudice. This court has considered this appeal on the basis of the briefs, record and applicable law in this matter. Having done so, the order of the district court is AFFIRMED.